1
2
3
4
5
6
7
8  **UNITED STATES DISTRICT COURT**
9  **EASTERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| DANIEL HARPER, | Case No. 1:24-cv-1549 JLT EPG (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S APPLICATIONS TO PROCEED *IN FORMA PAUPERIS*, AND DIRECTING PLAINTIFF TO PAY THE FILING FEE WITHIN 30 DAYS |
| v. | |
| TAMMY CAMPBELL, et al., | |
| Defendants. | |
| | (Docs. 2, 8, 10, 12) |

Daniel Harper seeks to proceed *in forma pauperis* in this action, in which he alleges the defendants violated his civil rights while housed at Corcoran State Prison. (Docs. 1, 2.) Plaintiff requests to proceed *in forma pauperis* in this action. The magistrate judge identified four actions that qualified as strikes under 28 U.S.C. § 1915(g). (Doc. 8 at 2.) In addition, the magistrate judge found Plaintiff's "allegations are insufficient to show that there is a real and imminent threat to Plaintiff's personal safety," because Plaintiff alleges only that "he was not sent the appeal responses in time, violating California Code of Regulations." (*Id.* at 3.) Therefore, the magistrate judge found the imminent danger exception to Section 1915 does not apply and recommended the motion to proceed *in forma pauperis* be denied. (*Id.* at 4.)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 30 days. (Doc. 8 at 4.) The Court advised Plaintiff the "failure to file any objections within the specified time may result in the waiver of certain rights on appeal."

1     (*Id*. at 4–5, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)   Although

2     Plaintiff did not file objections, he filed a "motion to show facts of imminent danger" (Doc. 10), a

3     notice of appeal to the Ninth Circuit (Doc. 11), and a second motion to proceed *in forma pauperis*

4     (Doc. 12). The Ninth Circuit dismissed Plaintiff's appeal for lack of jurisdiction on February 28,

5     2025 (Doc. 16) and its formal mandate on March 24, 2025 (Doc. 17).

6         The Court construes Plaintiff's motion to show imminent danger (Doc. 10) as objections

7     to Findings and Recommendations. However, Plaintiff does not address the specific findings of

8     the magistrate judge. (*See generally id.*) Rather, Plaintiff states that "every inmate in CSP

9     Corcoran is at [imminent] danger not only from the inmates but by the staff." (Doc. 10 at 1.)  He

10    contends the "filed the case against the Defendants for not wanting to get their staff to take their

11    jobs more serious[ly]." (*Id.*) Plaintiff does not dispute the determination that the allegations in his

12    complaint do not show imminent danger. He also does not dispute the magistrate judge's finding

13    that the actions identified qualify as strikes under Section 1915(g).

14        According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case.

15    Having carefully reviewed the entire matter, the Court concludes the Findings and

16    Recommendations are supported by the record and proper analysis. For the same reasons, the

17    Court also denies Plaintiff's second motion to proceed *in forma pauperis* filed January 27, 2025.

18    Thus, the Court **ORDERS**:

19        1.   The Findings and Recommendations filed on January 10, 2025 (Doc. 8) are
20             **ADOPTED** in full.
21        2.   Plaintiff's motions to proceed *in forma paupers* (Docs. 2, 12) are **DENIED.**
22        3.   Plaintiff's motion to show imminent danger (Doc. 10) is **DENIED**.
23        4.   Within 30 days from the date of service of this order, Plaintiff **SHALL** pay in full
24             the $405.00 to proceed with his action.

25    ///
26    ///
27    ///
28    ///

**Plaintiff is advised that failure to pay the required filing fee as ordered will result in the dismissal of this action without prejudice.**

IT IS SO ORDERED.

Dated: __March 24, 2025__         *Jennifer L. Thurston*
                                                                        UNITED STATES DISTRICT JUDGE